

 Powless & Winters, for appellant; D. L. Duty, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 19, 1950; rehearing denied March 1, 1950; released for publication March 2, 1950.

## L. Smothers and Roy Edmonds, Appellants, v. Ed Koch and Bertha Konhorst, Appellees.

### Term No. 49018. 

 Robert M. Washburn, for appellants; Wham & Wham, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 19, 1950; released for publication February 20, 1950.

## Liberty National Bank of Chicago, Trustee Under Trust Agreement, Appellee, v. National Equipment and Supply Company, Inc., Appellant.

### Gen. No. 44,842. 

Freedkin & Brumlik, and Abbell, Edelman, Portes & Abbell, for appellant; David Freedkin, of counsel; Rosenberg, Stein & Rosenberg, for appellee; Merwin S. Rosenberg, of counsel. Opinion by Justice Niemeyer. **Not to be published in full.** Opinion filed January 23, 1950; released for publication February 21, 1950.

## Albert E. Gill, Appellant, v. West End Pine Apartments, Inc. et al., Appellees.

### Gen. No. 44,813.

Clarence W. Horstman, for appellant; Karlin & Coe, Charles F. Grimes, and William M. Rice, for certain appellees. Opinion by Presiding Justice Friend. **Not to be published in full.** Opinion filed February 7, 1950; released for publication February 21, 1950.